No. 73–1402.   Kekoa, a Minor, by Enomoto, et al. v. Richardson, Justice, et al.   Sup. Ct. Hawaii.   Certio-

rari denied.